**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

**JAMES P. MCCOY PHOTOGRAPHY, INC.,**

                          **Plaintiff,**                Stipulated Selection
                                                        Of Mediator

**vs.**

**BUFFALO NIAGARA CONVENTION & VISITORS**      Case No. 08-CV-0612A
**BUREAU, INC., et al.,**

                          **Defendants.**

---

     IT IS HEREBY STIPULATED AND AGREED, by and between counsel for all parties to this action, that Hugh M. Russ, III, Esq. has been selected, contacted and has agreed to serve as Mediator for this action.

     IT IS FURTHER STIPULATED AND AGREED, in consultation with the Mediator, that the initial mediation session will be held during the week of June 1, 2009, at the Mediator's office.

     IT IS FURTHER STIPULATED AND AGREED that counsel will participate in the mediation session in good faith and confer with the Mediator regarding the scheduling of additional conference(s), bearing in mind the deadline for the completion of ADR set forth in the Court's Scheduling Order.

<u>Dated</u>:  April 30, 2009.
        Cleveland, Ohio

- 2 -

| | BAKER & HOSTETLER LLP |
|---|---|
| By: /s/ Michael F. McPartlan (per consent)<br>    Michael F. McPartlan<br>*Attorney for Plaintiff*<br>*James P. McCoy Photography, Inc.*<br>1763 Baseline Road<br>Grand Island, New York 14072<br>Tel: (716) 773-2442<br>E-mail: McPartlan@aol.com | By: /s/ Matthew J. Cavanagh<br>    David L. Marburger<br>    Matthew J. Cavanagh<br>*Attorneys for Defendant*<br>*Interspace Services, Inc.*<br>3200 National City Center<br>1900 East Ninth Street<br>Cleveland, Ohio 44114<br>Tel: (216) 861-6488<br>E-mail: mcavanagh@bakerlaw.com |
| JAECKLE FLEISCHMANN & MUGEL, LLP | and |
| By: /s/ B. Kevin Burke, Jr. (per consent)<br>    B. Kevin Burke, Jr.<br>*Attorneys for Defendant*<br>*Buffalo Niagara Convention & Visitors Bureau*<br>12 Fountain Plaza<br>Buffalo, New York 14202-2292<br>Tel: (716) 843-3854<br>E-mail: kburke@jaeckle.com | Anna Marie Richmond<br>*Local Counsel for Defendant*<br>*Interspace Services, Inc.*<br>PO Box 1215<br>Buffalo, New York 14213-7215<br>Tel: (716) 881-6593<br>E-mail: amrichmond@verizon.net |

NIXON PEABODY LLP

By: /s/ Susan C. Roney (per consent)
    Susan C. Roney
*Attorneys for Defendant Robin Color Lab, Inc.*
*d/b/a Robin Imaging Services*
40 Fountain Plaza, Suite 500
Buffalo, NY 14202
Tel: (716) 853-8100
E-mail: sroney@nixonpeabody.com

## Certificate of Service

    I, Matthew J. Cavanagh, hereby certify that on April 30, 2009, I electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system, which will electronically notify the following CM/ECF participants on this case:

Michael F. McPartlan
*Attorney for Plaintiff*
*James P. McCoy Photography, Inc.*
1763 Baseline Road
Grand Island, New York 14072

Susan C. Roney
Nixon Peabody LLP
*Attorneys for Defendant Robin Color Lab, Inc.*
*d/b/a Robin Imaging Services*
40 Fountain Plaza, Suite 500
Buffalo, NY 14202

B. Kevin Burke, Jr.
Jaeckle Fleischmann & Mugel LLP
*Attorneys for Defendant*
*Buffalo Niagara Convention & Visitors Bureau*
12 Fountain Plaza
Suite 800
Buffalo, New York 14202

                /s/ Matthew J. Cavanagh
                Matthew J. Cavanagh

                *One of the attorneys for Defendant*
                *Interspace Services, Inc.*