**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

**JAMES D. MCCOY PHOTOGRAPHY, INC.,**

                Plaintiff,        08-CV-612A (Sr)

v.

                                **AMENDED CASE**
                                **MANAGEMENT ORDER**

**BUFFALO NIAGARA CONVENTION &**
**VISITORS BUREAU, INC., et al.,**

                Defendants.

---

        This Court's Case Management Order dated April 9, 2009 is hereby amended as follows:

        1.    All fact depositions shall be completed no later than **September 8, 2009**.

        2.    All expert depositions shall be completed no later than **October 9, 2009.**

        3.    All applications to resolve discovery disputes shall be filed no later than 30 days before the discovery completion date. In the event of a bonafide discovery dispute that cannot be resolved by counsels' good faith efforts (*see generally* Local Rule 37), the parties shall submit, by joint letter, signed by all counsel, a statement of the issue(s) to be resolved by the Court. Each party, within five business

days thereafter, shall submit by letter a statement of facts and law it wishes the Court to consider. The Court reserves the right to request full briefing by the parties, in which case the Court will so advise the parties.

4. All discovery in this case shall be completed no later than **November 13, 2009.**

5. Dispositive motions shall be filed by all parties no later than **January 8, 2010.** *See generally* Local Rule 7.1(c); 56. Such motions shall be made returnable before the Magistrate Judge.

6. Mediation sessions may continue, in accordance with Section 5.11 of the ADR Plan, until **February 26, 2010**. The continuation of mediation sessions shall not delay or defer other dates set forth in this Case Management Order.

7. Modification or extension of the dates set forth in this Case Management Order are strongly discouraged. Extensions will only be considered for meritorious reasons.

8. Sanctions: Counsel's attention is directed to Fed.R.Civ.P. 16(f) calling for sanctions in the event of failure to comply with any direction of this Court.

**SO ORDERED.**

DATED: Buffalo, New York
July 13, 2009

    **s/ H. Kenneth Schroeder, Jr.**
**H. KENNETH SCHROEDER, JR.**
**United States Magistrate Judge**